

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaime M Barton<br><br>Plaintiff,<br>V.<br><br>Kilolo Kijakazi,<br>Commissioner of Social Security<br><br>Defendant. | Civil Action No.   19-cv-02431-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES plaintiff's merits brief, affirming the decision of the Commissioner, and dismissing this action with prejudice.

Date:      8/29/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo
                              L. Sotelo, Deputy